**DAVID J. HARRIS, ESQUIRE**
ATTORNEY FOR DEBTOR
PA S. Ct. No.: 48558
FL Bar No.: 0451207

69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone: (570) 823-9400
Facsimile: (570) 208-1400
E-Mail: dh@lawofficeofdavidharris.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Chapter 13
JEANETTE M DOUGHER : Case No: 05:16-bk-03183
:
Debtor :

## CERTIFICATE OF SERVICE

I, DAVID J. HARRIS, ESQUIRE, do hereby certify that on the 19th day of December, 2016, I served a true and correct copy of the of the attached Notice and First Amended Chapter 13 Plan in the above matter upon the persons and entities set forth on the attached matrix by First Class United States Mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED:

Dated: December 19, 2016     By:    /s/ David J. Harris
        Wilkes-Barre, Pennsylvania              DAVID J. HARRIS, ESQUIRE

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| JEANNETTE M. DOUGHER | Chapter: 13 |
|---|---|
| | Case Number: 5:16-bk-03183(JJT) |
| Debtor(s) | |

## NOTICE

The confirmation hearing on the 1st Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time and location:

Date: January 25, 2017     Time: 9:30 AM

Location: US Bankruptcy Court, Courtroom, #2

197 South Main Street, Wilkes-Barre, PA 18701

The deadline for filing objections to confirmation of the Plan is: January 17, 2017

**For cases before the Hon. Mary D. France (indicated in the Case No. with the initials "MDF"):**
Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

**For cases before the Hon. John J. Thomas or the Hon. Robert N. Opel, II (indicated in the Case No. with the initials "JJT" or "RNO" respectively):**
Any objections to confirmation of the plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the plan at this time.

A copy of the Plan is enclosed with this Notice. A copy also may be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: December 19, 2016     Filed by: David J. Harris, Esq., 67-69 Public Square, Ste. 700

Wilkes-Barre, PA 18701 (570) 823-9400

Label Matrix for local noticing
0314-5
Case 5:16-bk-03183-RNO
Middle District of Pennsylvania
Wilkes-Barre
Mon Dec 19 08:16:51 EST 2016

CACH, LLC
PO BOX 5980
DENVER, CO 80217-5980

Choice 1 FCU
Share Draft Department
101 Hazle St
Wilkes Barre, PA 18702-4305





Dr. Vincent DiGiovanni
250 Pierce St
Kingston, PA 18704-5149

Joshua I Goldman
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541






M&T Bank
P. O. Box 619063
Dallas, TX 75261-9063

Midland Funding, LLC
Midland Credit Management, Inc. as
agent for Midland Funding, LLC
PO Box 2011
Warren, MI 48090-2011

William Edward Miller
Stern & Eisenberg, P.C.
1581 Main Street
Suite 200
Warrington, PA 18976-3400

Northeast Rehabilitation
John Heinz Rehab Campus
150 Mundy St
Wilkes Barre, PA 18702-6830

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Regency Finance Company
P. O. Box 1639
146 Wilkes-Barre Twp. Blvd.
Wilkes-Barre, PA 18703-1639

Rite Aid
20 S River St
Plains, PA 18705-1213

Transworld Systems Inc.
Collection Agency
507 Prudential Rd
Horsham, PA 19044-2308



Wilkes-Barre City
City Hall Room 8
Wilkes-Barre, PA 18711-0000

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).




Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

David J. Harris
69 Public Square, Suite 700
Wilkes-Barre, PA 18701

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20