**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jeanette M. Dougher<br>　　　　<u>Debtor(s)</u> | BKY. NO. 16-03183 RNO<br><br>CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　Kindly enter my appearance on behalf of M&T Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4998

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　<u>**/s/ Thomas Puleo**　　</u>
　　　　　　　　　　　　　　　　　　　Thomas Puleo, Esquire
　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　(215) 825-6306  FAX (215) 825-6406
　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant