```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 16-03183-JJT
Jeanette M. Dougher                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5       User: CGambini              Page 1 of 1           Date Rcvd: Oct 19, 2017
                           Form ID: pdf010             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2017.
 NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4893750        E-mail/Text: camanagement@mtb.com Oct 19 2017 19:08:08     M&T Bank,    P.O. Box 840,
               Buffalo, NY 14240-0840
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David J. Harris    on behalf of Debtor 1 Jeanette M. Dougher dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James  Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo   on behalf of Creditor   M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor   M&T Bank wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                              TOTAL: 7

LOCAL BANKRUPTCY FORM 3007-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| JEANETTE M. DOUGHER | : | Case No: 05:16-bk-03183 |
| | : | |
| Debtor | : | |

___

| | | |
|---|---|---|
| JEANETTE M. DOUGHER | : | |
| | : | |
| Objectant | : | |
| v. | : | |
| | : | |
| M&T BANK, | : | |
| | : | |
| Claimant | : | |

___

**ORDER**
___

AND NOW, upon consideration of the Debtor's Objection to Claim #4 of M&T Bank and following Notice to Claimant re Filing of Objection to Claim and after hearing being held it is hereby

ORDERED that Claim #4 of M&T Bank is allowed as a secured claim in the amount of $13,653.32.

By the Court,

*[signature]*

John J. Thomas, Bankruptcy Judge
(PJR)

Dated: October 19, 2017