```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 16-03183-JJT
Jeanette M. Dougher                                                 Chapter 13
       Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini            Page 1 of 1           Date Rcvd: Nov 29, 2017
                              Form ID: pdf010           Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2017.
```
db              Jeanette M. Dougher,    337 N Washington St,    Wilkes Barre, PA  18705-2425
cr             +M&T Bank,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,    Warrington, PA 18976-3400
4818226         Choice 1 FCU,    Share Draft Department,    101 Hazle St,    Wilkes Barre, PA  18702-4305
4818224         Dougher Jeanette M,    337 N Washington St,    Wilkes Barre, PA  18705-2425
4818227         Dr. Vincent DiGiovanni,    250 Pierce St,    Kingston, PA  18704-5149
4818225         Law Office of David J Harris,    67-69 Public Sq Ste 700,    Wilkes Barre, PA  18701-2515
4818228         M&T Bank,    P. O. Box 619063,    Dallas, TX  75261-9063
4818229         Northeast Rehabilitation,    John Heinz Rehab Campus,    150 Mundy St,
                 Wilkes Barre, PA  18702-6830
4818231        +Regency Finance Company,    P. O. Box 1639,    146 Wilkes-Barre Twp. Blvd.,
                 Wilkes-Barre, PA 18703-1639
4818232         Rite Aid,    20 S River St,    Plains, PA  18705-1213
4818234         Wilkes-Barre City,    City Hall Room 8,    Wilkes-Barre, PA  18711-0000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4841948         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 29 2017 19:06:06      CACH, LLC,
                 PO Box 10587,    Greenville SC 29603-0587
4893750         E-mail/Text: camanagement@mtb.com Nov 29 2017 19:04:41      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
4861523        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 29 2017 19:04:46      Midland Funding, LLC,
                 Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
                 Warren, MI 48090-2011
4818230         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 30 2017 09:01:18
                 Portfolio Recovery Associates, LLC,    120 Corporate Blvd., Ste 100,    Norfolk, VA 23502-4962
4863552         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 30 2017 09:01:42
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4818233         E-mail/Text: bankruptcydepartment@tsico.com Nov 29 2017 19:04:56      Transworld Systems Inc.,
                 Collection Agency,    507 Prudential Rd,    Horsham, PA  19044-2308
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            CACH, LLC,    PO Box 10587,    Greenville, SC  29603-0587
                                                                                   TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David J. Harris    on behalf of Debtor 1 Jeanette M. Dougher dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    M&T Bank wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Chapter 13
JEANETTE M DOUGHER : Case No: 05:16-bk-03183
:
Debtor :

**ORDER**

Upon consideration of the Application to Voluntarily Dismiss Bankruptcy Case filed with the Court on November 28, 2017,

**IT IS HEREBY ORDERED** that the Debtor's Chapter 13 bankruptcy case is dismissed.

Dated: November 29, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)